# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Maria S. Rodrigues**, in individual and representative capacity as trustee of The Maria S. Rodrigues Revocable Trust dated April 28, 2000; and Does 1-10, <br><br> Defendants. | Case No. 4:18-CV-06481-HSG <br><br> **ORDER** |

Having read the forgoing request, it is hereby ordered that Plaintiff's counsel be granted permission to appear telephonically at the Initial Case Management Conference, set for hearing on April 16, 2019 at 2:00 p.m. Plaintiff's counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: April 14, 2019

Hon. Haywood S. Gilliam, Jr.
United States Magistrate Judge